IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:16-CV-998 |
| UBER TECHNOLOGIES, INC., RASIER, LLC, AND JOHN DOES I - V, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on a motion to dismiss filed by defendants Uber Technologies and Rasier, LLC, asking the Court to dismiss all but one of the claims in the First Amended Complaint. Doc. 16. The Court held a hearing on the motion this day. After consideration of the complaint, briefs, and arguments of counsel, and for the reasons summarized in open court, the motion will be granted in part and denied in part.

It is **ORDERED** that the defendants' partial motion to dismiss, Doc. 16, is **GRANTED** as to Counts Two, Three, Four, Five, Six, and Seven. As to Count One, the motion is **GRANTED** to the extent the claim is based on failure to pay tips and otherwise is **DENIED**.

This the 24th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE