IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and )
on behalf of all others similarly )
situated, )
                                    )
           Plaintiffs, )
                                    )
           v. )                     1:16-CV-998
                                    )
UBER TECHNOLOGIES, INC )
RASIER, LLC, and JOHN DOES I-V, )
                                    )
           Defendants. )

## ORDER

The plaintiffs seek conditional certification pursuant to Section 16(b) of the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b). The plaintiffs seek to represent a collective consisting of "[a]ll natural persons who have worked or who continue to work as an Uber Driver anywhere in the United States and who have opted out of arbitration." Doc. 15, First Amended Complaint, ¶ 132. Having considered the motion, the briefs, the evidence, and the pleadings, the Court concludes that the claims of the putative collective members are sufficiently similar to merit notice to those members, the plaintiffs have met the modest requirements for conditional certification, and the motion should be granted.

It is **ORDERED** that:

1. The plaintiffs' motion for conditional certification and issuance of court-approved notice to putative members of the FLSA class, Doc. 71, is **GRANTED**.

2. A collective action consisting of all natural persons who have worked or who continue to work as an Uber Driver anywhere in the United States and who have opted out of arbitration is hereby certified.

3. Within 21 days of this order, the parties shall meet and confer about the production of computer-readable information by the defendants of the names and contact information for collective members and about the form of notice.

4. Within 30 days, the parties shall submit a joint report to the Court setting forth those matters as to which they agree and listing any areas of disagreement. They shall also submit a proposed order on production of collective member information and a proposed order on notice. To the extent they disagree, each side shall submit one brief not to exceed 4000 words explaining that party's position as to any disputed issues and attaching a proposed order or proposed orders.

5. Oversight and management of the identification and notice process is referred to the Magistrate Judge.

6. Pursuant to the text order entered March 20, 2017, the parties shall appear as directed by the Magistrate Judge for a Rule 26(f) conference.

This the 12th day of July, 2017.

UNITED STATES DISTRICT JUDGE