IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:16-cv-00998-CCE-JLW |
| v. | )<br>) |
| UBER TECHNOLOGIES, INC., RASIER, LLC, JOHN DOES I-V, | )<br>)<br>) |
| Defendants. | )<br>) |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on July 18, 2017, he electronically filed a copy of Timothy Craven's Fair Labor Standards Act Consent to Join Action via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul B. Maslo*