IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on behalf )
of all others similarly-situated, )
 )
            Plaintiff, )
 )
        v. )      1:16CV998
 )
UBER TECHNOLOGIES, INC., et al., )
 )
           Defendants. )
 )

## ORDER

This matter is before the Court on the parties' Joint Report Regarding Notice to Potential Collective Action Opt-In Members (filed August 8, 2017) and Amended Supplemental Joint Report Regarding Notice to Potential Collective Action Opt-In Members (filed February 6, 2018). Having considered the Joint Reports and the exhibits attached to them, the Court orders the following with respect to the form and content of the notice to be issued in this case:

1. The deadline for putative members of the collective action to file written consents to join this action as party plaintiffs will be 90 days from the date notice is disseminated to the putative members of the collective.

2. Notice will be sent to putative members of the collective one time only, by U.S. Mail, e-mail, and text message, in the form indicated in the parties' Amended Supplemental Joint Report Regarding Notice to Potential Collective Action Opt-In Members.

3. Notice will be issued once at the outset of the notice period. No "reminder" notices

will be issued.

4. Each individual who may be eligible to file a written consent to join this action will be assigned a unique identifier (consisting of 5 characters). All three forms of notice directed to that individual (including the text message) will include that unique identifier. Individuals will be required to include their unique identifier in their consent submission in order to be eligible to join the action as a party plaintiff. The purpose of this unique identifier is to prevent individuals who are not eligible to participate in this action (e.g., those who did not opt out of arbitration) from filing a written consent to join this action.

5. Within 14 days of the date of this Order, Defendants will provide Plaintiff a list of putative members of the collective that includes only those members' names and mailing addresses. Plaintiff and his counsel shall not initiate contact in any way with the individuals included on this list, and may only use the list to answer questions received from putative members of the collective. After the close of the opt-in period, Plaintiff's counsel will not, at any time in the future, initiate contact with the individuals included on this list who did not validly opt into this lawsuit.

6. The notice will be administered by the Angeion Group, a third-party administrator. Defendants will provide the list described in Paragraph 5 to Angeion Group at the same time they provide the list to Plaintiff. The list Defendants provide to Angeion will include names, mailing addresses, phone numbers, and email addresses.

7. Angeion will ascertain each individual's eligibility to submit a consent form by cross-referencing the individual's submitted consent form against that individual's name,

2

mailing address, e-mail address, phone number, and unique identifier. If Angeion concludes that an individual is not eligible to join the collective, Angeion will communicate the eligibility determination only to the individual. Angeion will provide only the completed consent forms of individuals who it determines are eligible to participate in the collective to the parties and their counsel. Angeion will not forward any information related to ineligible individuals to the parties or their counsel.

8. The content of the notices to be issued is to be in substantially the same format as set forth in the Amended Supplemental Joint Report Regarding Notice to Potential Collective Action Opt-In Members.

**SO ORDERED.** This the 7th day of February, 2018.

_____
Joe L. Webster
United States Magistrate Judge