**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>Defendants. | Case No. 1:16-CV-998-CCE-JLW |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 27-Feb-2018

Print Name: Thomas Wise

Signature: Thomas P Wise

Date of Birth: REDACTED

Address: 6334 AURELIA ST

PITTSBURGH, PA 15206

Telephone Numbers (cell, home, and number associated with Uber account):

4127994149

Email address (personal and address associated with Uber account):

tpwise@gmail.com

Unique Identification No. (5-character code located on your Notice): 10501

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 2, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

/s/ Paul Maslo