# Exhibit 15

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Mark Currans

Signature:     MARK A CURRANS

Date of Birth:     REDACTED

Address:     1601 CONNEMARA RD

INDIANAPOLIS, IN 46217

Telephone Numbers (cell, home, and number associated with Uber account):

3173630093

Email address (personal and address associated with Uber account):

mcurrans@csbcs.com

Unique Identification No. (5-character code located on your Notice):     23902

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>        Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Sean Doll

Signature:    SEAN DOLl

Date of Birth:    REDACTED

Address:    37 N OAK ST

            VENTURA, CA 93001

Telephone Numbers (cell, home, and number associated with Uber account):

          8312440134

          8053367940

Email address (personal and address associated with Uber account):

          photoarttea@gmail.com

Unique Identification No. (5-character code located on your Notice):    23906

   **IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Yong woo Kwon

Signature:       YONG WOO STEPHANO KWON

Date of Birth:   REDACTED

Address:         2701 PARK CENTER DR. APT B504

                 Alexandria, VA 22302

Telephone Numbers (cell, home, and number associated with Uber account):

                 5712440333

                 5712440333

Email address (personal and address associated with Uber account):

                 YSK87585@MARYMOUNT.EDU

                 YSK87585@MARYMOUNT.EDU

Unique Identification No. (5-character code located on your Notice):     23918

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Darius Parsia (Daryoush) Parsia

Signature:     DARIUS PARSIA

Date of Birth:     REDACTED

Address:     2202 PLAZA BONITA

             CARLSBAD, CA 92009

Telephone Numbers (cell, home, and number associated with Uber account):

             7605937398

Email address (personal and address associated with Uber account):

             dariusparsia@live.com

Unique Identification No. (5-character code located on your Notice):     23920

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      John Vickrey

Signature:       JOHN VICKREY

Date of Birth:   REDACTED

Address:         6540 KNOTT AVE. APT #4

                 BUENA PARK, CA 90621

Telephone Numbers (cell, home, and number associated with Uber account):

                 7146100142

                 7146100142

Email address (personal and address associated with Uber account):

                 WOLVY_007@YAHOO.COM

                 wolvy_007@yahoo.com

Unique Identification No. (5-character code located on your Notice):     23945

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    STEPHEN CAMPBELL

Signature:    STEPHEN CAMPBELL

Date of Birth:    REDACTED

Address:    408 CREEKVIEW TRL Se

        SMYRNa, GA 30082

Telephone Numbers (cell, home, and number associated with Uber account):

        6786985900

        6786985900

Email address (personal and address associated with Uber account):

        check212@gmail.com

        check212@gmail.com

Unique Identification No. (5-character code located on your Notice):    23946

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      John Evans

Signature:       JOHN EVANS

Date of Birth:   REDACTED

Address:         2229 BUENA VISTA LN

                 ROUND ROCK, TX 78665

Telephone Numbers (cell, home, and number associated with Uber account):

                 6197214149

Email address (personal and address associated with Uber account):

                 jm.evans@ymail.com

Unique Identification No. (5-character code located on your Notice):     23952

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>Defendants. | Case No. 1:16-CV-998-CCE-JLW |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      Frank Sadewater

Signature:      FRANK SADEWATER

Date of Birth:      REDACTED

Address:      724 PHOENIX ST UNIT B4

            DELAVAN, WI 53115

Telephone Numbers (cell, home, and number associated with Uber account):

            2626435773

Email address (personal and address associated with Uber account):

            franksadewater@yahoo.com

Unique Identification No. (5-character code located on your Notice):      23958

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Paul Snook

Signature:       PAUL A SNOOK

Date of Birth:   REDACTED

Address:         420 BERRY ST APT 212

                 SAN FRANCISCO, CA 94158

Telephone Numbers (cell, home, and number associated with Uber account):

                 4152905055

Email address (personal and address associated with Uber account):

                 pasnook@gmail.com

Unique Identification No. (5-character code located on your Notice):     23960

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Joe Bartling

Signature:     JOSEPH P BATTLINg

Date of Birth:     REDACTED

Address:     2504 COULTER LN

OAKTON, VA 22124

Telephone Numbers (cell, home, and number associated with Uber account):

5713383432

Email address (personal and address associated with Uber account):

dullescoach@gmail.com

Unique Identification No. (5-character code located on your Notice):     23965

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Thomas Schumann

Signature:     THOMAS SCHUMANN

Date of Birth:     REDACTED

Address:     1336 FRANKLIN STREET, APT E

SANTA MONICA, CA 90404

Telephone Numbers (cell, home, and number associated with Uber account):

3103101797

3216547980

Email address (personal and address associated with Uber account):

thomas@thomasschumann.com

thomas@thomasschumann.com

Unique Identification No. (5-character code located on your Notice):     23968

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Louis Lovestrand

Signature:       LOUIS LOVESTRAND

Date of Birth:   REDACTED

Address:         151 E WASHINGTON ST UNIT 519

                 ORLANDO, FL 32801

Telephone Numbers (cell, home, and number associated with Uber account):

                 4074637610

Email address (personal and address associated with Uber account):

                 louislovestrand@yahoo.com

Unique Identification No. (5-character code located on your Notice):     23979

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      Timothy Houghton

Signature:      Timothy houghton

Date of Birth:      REDACTED

Address:      12845 7th Ave s

              Burien, WA 98168

Telephone Numbers (cell, home, and number associated with Uber account):

              2066128734      2085469286

              2066128734

Email address (personal and address associated with Uber account):

              Girtheterrible@gmail.com

              Girtheterrible@gmail.com

Unique Identification No. (5-character code located on your Notice):      23984

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      MELLANIE EDDINGS

Signature:      M J HUNTER

Date of Birth:      REDACTED

Address:      6024 COOKIE DRIVE

CHARLESTOWN, IN 47111

Telephone Numbers (cell, home, and number associated with Uber account):

5027626590

5027626590

Email address (personal and address associated with Uber account):

MELLANIEHUNTER@GMAIL.COM

MJHEDDINGS@GMAIL.COM

Unique Identification No. (5-character code located on your Notice):      23986

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>        Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Robert Rawley

Signature:    Robert H Rawley

Date of Birth:    REDACTED

Address:    1268 E RAMON RD UNIT 37

            PALM SPRINGS, CA 92264

Telephone Numbers (cell, home, and number associated with Uber account):

        7604984835

Email address (personal and address associated with Uber account):

        bobrawley@homemail.com

Unique Identification No. (5-character code located on your Notice):    23987

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Daniel Haig

Signature:     DANIEL HAIG

Date of Birth:     REDACTED

Address:     13922

          POWAY, CA 92064

Telephone Numbers (cell, home, and number associated with Uber account):

          6192037949

Email address (personal and address associated with Uber account):

          dhaig2k12@gmail.com

Unique Identification No. (5-character code located on your Notice):     24007

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Juan Velasquez

Signature:     JUAN VELASQUEZ

Date of Birth:     REDACTED

Address:     142 E SUNSHINE DR

SAN ANTONIO, TX 78228

Telephone Numbers (cell, home, and number associated with Uber account):

2102154169

Email address (personal and address associated with Uber account):

jvelasquez_2004@yahoo.com

Unique Identification No. (5-character code located on your Notice):     24020

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 27-Feb-2018

Print Name: Milaye Djiffa

Signature: milaye djiffa

Date of Birth: REDACTED

Address: 526 S ARDMORE AVE APT 320

        LOS ANGELES, CA 90020

Telephone Numbers (cell, home, and number associated with Uber account):

        2138842865

Email address (personal and address associated with Uber account):

        milayedjiffa@hotmail.com

Unique Identification No. (5-character code located on your Notice):    24024

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     William King Ii

Signature:     WILLIAM B KING II

Date of Birth:     REDACTED

Address:     2845 ASTORIA AVE

                    CINCINNATI, OH 45208

Telephone Numbers (cell, home, and number associated with Uber account):

                    5138083052

Email address (personal and address associated with Uber account):

                    wbkingii@gmail.com

Unique Identification No. (5-character code located on your Notice):     24026

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Samuel Radliff

Signature:     SAMUEL RADLIFF

Date of Birth:     REDACTED

Address:     9022 W SHOREWOOD DR APT 371

            MERCER ISLAND, WA 98040

Telephone Numbers (cell, home, and number associated with Uber account):

            3235104666

Email address (personal and address associated with Uber account):

            fuzzeez@gmail.com

Unique Identification No. (5-character code located on your Notice):     24031

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:       27-Feb-2018

Print Name:       Dwight Johnson

Signature:       DWIGHT JOHNSON

Date of Birth:    REDACTED

Address:       891 MEADOWSWEET CIR

                SUN PRAIRIE, WI 53590

Telephone Numbers (cell, home, and number associated with Uber account):

                6084447024

Email address (personal and address associated with Uber account):

                badgerofc@gmail.com

Unique Identification No. (5-character code located on your Notice):       24052

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Robert May Sr

Signature:        ROBERT H MAY SR

Date of Birth:    REDACTED

Address:          2414 ELSIE CIR

                  COCOA, FL 32922

Telephone Numbers (cell, home, and number associated with Uber account):

                  3212127711

                  3213131288

Email address (personal and address associated with Uber account):

                  dhm3159@bellsouth.net

Unique Identification No. (5-character code located on your Notice):      24053

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      Alice Dixit

Signature:      Alice Dixit

Date of Birth:   REDACTED

Address:      1109 CALICO LN APT 1820

ARLINGTON, TX 76011

Telephone Numbers (cell, home, and number associated with Uber account):

8177266143

Email address (personal and address associated with Uber account):

alice.hetrick@gmail.com

Unique Identification No. (5-character code located on your Notice):      24054

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Peggy Koenig

Signature:     Peggy Koenig

Date of Birth:     REDACTED

Address:     1213 W KLEINDALE RD

TUCSON, AZ 85705

Telephone Numbers (cell, home, and number associated with Uber account):

5203029180

Email address (personal and address associated with Uber account):

pegk1013.pk@gmail.com

Unique Identification No. (5-character code located on your Notice):     24064

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      Porfirio Santoyo

Signature:      PORFI SANTOYo

Date of Birth:      REDACTED

Address:      3027 DAVID AVE APT 7

SAN JOSE, CA 95128

Telephone Numbers (cell, home, and number associated with Uber account):

4088991852

Email address (personal and address associated with Uber account):

hpancreas@ymail.com

Unique Identification No. (5-character code located on your Notice):      24066

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Michael Brandenburg

Signature:     Michael Brandenburg

Date of Birth:     REDACTED

Address:     4117 PROSPECT LN

PLANO, TX 75093

Telephone Numbers (cell, home, and number associated with Uber account):

2142774758

Email address (personal and address associated with Uber account):

brandenburg04@gmail.com

Unique Identification No. (5-character code located on your Notice):     24069

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as
a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by
any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented
by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       KASEM SRIWONG

Signature:        Ks

Date of Birth:    REDACTED

Address:          1434 COUNTRYWOOD AVE APT 34

                  HACIENDA HEIGHTS, CA 91745

Telephone Numbers (cell, home, and number associated with Uber account):

                  5629996054

Email address (personal and address associated with Uber account):

                  sammie_ks@hotmail.com

Unique Identification No. (5-character code located on your Notice):      24075

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

                    Plaintiff,

        v.                                                Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

                    Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       BRAD KOVAR

Signature:        BRAD KOVAr

Date of Birth:    REDACTED

Address:          7881 RONALD DR

                  HUNTINGTON BEACH, CA 92647

Telephone Numbers (cell, home, and number associated with Uber account):

                  7144781403

                  7144546616

Email address (personal and address associated with Uber account):

                  brad.kovar@gmail.com

Unique Identification No. (5-character code located on your Notice):      24076

        **IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>     Plaintiff,<br><br>  v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>     Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:  27-Feb-2018

Print Name:  Mary Denton

Signature:  Mary L Denton

Date of Birth:  REDACTED

Address:  2900 OWEN RD SW

    ALBUQUERQUE, NM 87121

Telephone Numbers (cell, home, and number associated with Uber account):

    5056818287

Email address (personal and address associated with Uber account):

    mdentonrrt@gmail.com

Unique Identification No. (5-character code located on your Notice):  24085

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

          Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

          Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Cristian Solis

Signature:     CHRISTIAN SOLIS

Date of Birth:     REDACTED

Address:     229 MORADA LN

          STOCKTON, CA 95210

Telephone Numbers (cell, home, and number associated with Uber account):

          2096791309

Email address (personal and address associated with Uber account):

          eddie679@me.com

Unique Identification No. (5-character code located on your Notice):     24097

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Mark Ferreira

Signature:     MARK FERREIRA

Date of Birth:     REDACTED

Address:     5812 NEGRIL AVE

Las Vegas, NV 89130

Telephone Numbers (cell, home, and number associated with Uber account):

9495251644

9495251644

Email address (personal and address associated with Uber account):

marknosedive@aol.com

marknosedive@aol.com

Unique Identification No. (5-character code located on your Notice):     24109

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Laurie Laura Mccray

Signature:     Laura mccray

Date of Birth:     REDACTED

Address:     1258 w 24th st #3

        San Pedro, CA 90731

Telephone Numbers (cell, home, and number associated with Uber account):

        5623319989    5623319989

        5623319989

Email address (personal and address associated with Uber account):

        Ljmaccray@yahoo.com

        Ljmaccray@yahoo.com

Unique Identification No. (5-character code located on your Notice):     24111

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Rosalyn Claret

Signature:       ROSALYN CLARET

Date of Birth:   REDACTED

Address:         3218 SW 100TH ST

                 SEATTLE, WA 98146

Telephone Numbers (cell, home, and number associated with Uber account):

                 6514427920

Email address (personal and address associated with Uber account):

                 rosalyn.claret@gmail.com

Unique Identification No. (5-character code located on your Notice):     24139

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

                    Plaintiff,

         v.                                              Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

                    Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       JOANN THOMAS

Signature:        JoAnn Thomas

Date of Birth:    REDACTED

Address:          849 E VICTORIA ST UNIT 402

                  CARSON, CA 90746

Telephone Numbers (cell, home, and number associated with Uber account):

                  3108506406

Email address (personal and address associated with Uber account):

                  kemetic.jt@gmail.com

Unique Identification No. (5-character code located on your Notice):      24153

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

   v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     George Aboud

Signature:     GEORGE ABOUD

Date of Birth:     REDACTED

Address:     946 BRUCKER AVE

         SPRING VALLEY, CA 91977

Telephone Numbers (cell, home, and number associated with Uber account):

         6192444191     6194618252

         6192444191

Email address (personal and address associated with Uber account):

         VECTOR6787@HOTMAIL.COM

         vector6787@hotmail.com

Unique Identification No. (5-character code located on your Notice):     24160

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as
a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by
any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented
by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Lobsang Tsundue

Signature:        LOBSANG TAUNDUE

Date of Birth:    REDACTED

Address:          4141 51ST ST APT 5G

                  WOODSIDE, NY 11377

Telephone Numbers (cell, home, and number associated with Uber account):

                  3476965497

Email address (personal and address associated with Uber account):

                  lobsangakalobo@hotmail.com

Unique Identification No. (5-character code located on your Notice):      24166

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       David Carlson Jr

Signature:        David Carlson Jr

Date of Birth:    REDACTED

Address:          215 CORONADO RD

                  WEST COLUMBIA, SC 29170

Telephone Numbers (cell, home, and number associated with Uber account):

                  9122456466

Email address (personal and address associated with Uber account):

                  carlsonracephotos@gmail.com

Unique Identification No. (5-character code located on your Notice):      24172

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Brian Mccann

Signature:     BRIAN MCCANN

Date of Birth:     REDACTED

Address:     4585 W 193RD ST

        CLEVELAND, OH 44135

Telephone Numbers (cell, home, and number associated with Uber account):

        2167986376

Email address (personal and address associated with Uber account):

        brianmccann86@gmail.com

Unique Identification No. (5-character code located on your Notice):     24177

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 27-Feb-2018

Print Name: Tilbert Durian

Signature: TILBERT DURIAN

Date of Birth: REDACTED

Address: 18219 VALLEY BLVD, SPC9

Bloomington, CA 92316

Telephone Numbers (cell, home, and number associated with Uber account):

9097823541

Email address (personal and address associated with Uber account):

gerrydurian@yahoo.com

Unique Identification No. (5-character code located on your Notice): 24178

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Silvio Botelho

Signature:    Silvio Sales Botelho

Date of Birth:    REDACTED

Address:    33 Park Rd Apto 8

        Burlingame, CA 94010

Telephone Numbers (cell, home, and number associated with Uber account):

        4157676551

        4157676551

Email address (personal and address associated with Uber account):

        silvioatwork@gmail.com

        silvioatwork@gmail.com

Unique Identification No. (5-character code located on your Notice):    24181

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

v.

        Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    MICHAEL MORRIS

Signature:    MICHAEL A MORRIS

Date of Birth:    REDACTED

Address:    13033 SHORT LEAF CT

    Clermont, FL 34711

Telephone Numbers (cell, home, and number associated with Uber account):

    7272433975

    7272433975

Email address (personal and address associated with Uber account):

    morris.michael94@gmail.com

Unique Identification No. (5-character code located on your Notice):    24184

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

                        Plaintiff,

              v.                                              Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

                        Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       JUAN ALBARRAN CLAVEL

Signature:        JUAN ALBARRAN

Date of Birth:    REDACTED

Address:          5300COLUMBIA PIKe

                  ARLINGTON, VA 22204

Telephone Numbers (cell, home, and number associated with Uber account):

                  5716454727

                  5716454727

Email address (personal and address associated with Uber account):

                  albarran203@hotmail.com

Unique Identification No. (5-character code located on your Notice):      24190

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Souleymane Diallo

Signature:    SOULEYMANe

Date of Birth:    REDACTED

Address:    971 HEGEMAN AVE # 1

        BROOKLYN, NY 11208

Telephone Numbers (cell, home, and number associated with Uber account):

        3474164927

Email address (personal and address associated with Uber account):

        afreekan@live.com

Unique Identification No. (5-character code located on your Notice):    24223

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Alexander Rosario-Cuevas

Signature:     Alexander rosario

Date of Birth:     REDACTED

Address:     311 6TH ST APT 5A

UNION CITY, NJ 07087

Telephone Numbers (cell, home, and number associated with Uber account):

0000000000

Email address (personal and address associated with Uber account):

alex5261985@gmail.com

Unique Identification No. (5-character code located on your Notice):     24239

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as
a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by
any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented
by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      mahasin abdul-musawwir

Signature:       Mahasin Abdul-Musawwir

Date of Birth:   REDACTED

Address:         570 PENSACOLA LN

                 ALAMEDA, CA 94501

Telephone Numbers (cell, home, and number associated with Uber account):

                 5103349366

Email address (personal and address associated with Uber account):

                 mahasin620@gmail.com

Unique Identification No. (5-character code located on your Notice):      24257

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Owen Compher

Signature:     OWEN COMPHER

Date of Birth:     REDACTED

Address:     60 DARLINGTON AVE

CHARLESTON, SC 29403

Telephone Numbers (cell, home, and number associated with Uber account):

8438601046

Email address (personal and address associated with Uber account):

owen.compher@gmail.com

Unique Identification No. (5-character code located on your Notice):     24295

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Tedrice Dawkins

Signature:    TEDRICE DAWKINS

Date of Birth:    REDACTED

Address:    1844 W 85TH AVE APT J259

        MERRILLVILLE, IN 46410

Telephone Numbers (cell, home, and number associated with Uber account):

        7733920933

Email address (personal and address associated with Uber account):

        uberdrive.uber123@gmail.com

Unique Identification No. (5-character code located on your Notice):    24296

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Jillian Wilson

Signature:       Jillian wilson

Date of Birth:   REDACTED

Address:         7200 MARIMEL LN

                 MECHANICSVILLE, VA 23111

Telephone Numbers (cell, home, and number associated with Uber account):

                 7577394990

Email address (personal and address associated with Uber account):

                 h20clife@gmail.com

Unique Identification No. (5-character code located on your Notice):     24308

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

   v.

                                Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Michael Wagner

Signature:     MICHAEL WAGNER

Date of Birth:   REDACTED

Address:       157 SEABREEZE AVE

              MILFORD, CT 6460

Telephone Numbers (cell, home, and number associated with Uber account):

        2038748965

        2038235224

Email address (personal and address associated with Uber account):

        mewag28@hotmail.com

Unique Identification No. (5-character code located on your Notice):    24310

   **IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

                Plaintiff,

      v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

              Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Joshua Searls

Signature:      JOSHUA SEAr

Date of Birth:    REDACTED

Address:        3554 ALDER PL

              CHINO HILLS, CA 91709

Telephone Numbers (cell, home, and number associated with Uber account):

        7604033587

Email address (personal and address associated with Uber account):

        joshuasearls@gmail.com

Unique Identification No. (5-character code located on your Notice):    24323

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>        Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Suzanne Richards-Coleman

Signature:    Suzanne Richards-Coleman

Date of Birth:    REDACTED

Address:    7033 N KEDZIE AVE APT 604

        CHICAGO, IL 60645

Telephone Numbers (cell, home, and number associated with Uber account):

        8477329107

Email address (personal and address associated with Uber account):

        skrichards.coleman@gmail.com

Unique Identification No. (5-character code located on your Notice):    24332

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Greene Cody

Signature:     JOUSEPH GREENE

Date of Birth:     REDACTED

Address:     150 PARIS Ln

FELTOn, DE 19943

Telephone Numbers (cell, home, and number associated with Uber account):

3022281491     3022281491

3022281491

Email address (personal and address associated with Uber account):

JUSTABOUTME@ICLOUD.COM

JUSTABOUTME1989@ICLOUD.COM

Unique Identification No. (5-character code located on your Notice):     24342

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Oscar Denning

Signature:     OSCAR DENNING

Date of Birth:     REDACTED

Address:     3657 CHESAPEAKE DR

NASHVILLE, TN 37207

Telephone Numbers (cell, home, and number associated with Uber account):

6157100158

Email address (personal and address associated with Uber account):

oscar3d77@gmail.com

Unique Identification No. (5-character code located on your Notice):     24351

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed: 27-Feb-2018

Print Name: Maximo E Melo Guerrero

Signature: MAXIMO MELO

Date of Birth: REDACTED

Address: 15 JACOBUS PL APT 1D

BRONX, NY 10463

Telephone Numbers (cell, home, and number associated with Uber account):

6464275009

Email address (personal and address associated with Uber account):

ingmaximomelo@gmail.com

Unique Identification No. (5-character code located on your Notice): 24354

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Michael Stram

Signature:       MICHAEL STRAM

Date of Birth:   REDACTED

Address:         8039 N OVERHILL AVE

                 NILES, IL 60714

Telephone Numbers (cell, home, and number associated with Uber account):

                 7732408767

Email address (personal and address associated with Uber account):

                 michael_stram@icloud.com

Unique Identification No. (5-character code located on your Notice):     24356

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Israel Germosa

Signature:       ISRAEL GERMOSA

Date of Birth:   REDACTED

Address:         4169 MOUNT ALIFAN PL UNIT H

                 SAN DIEGO, CA 92111

Telephone Numbers (cell, home, and number associated with Uber account):

                 6198867719

Email address (personal and address associated with Uber account):

                 israelmelakugermosa@gmail.com

Unique Identification No. (5-character code located on your Notice):     24366

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

               Plaintiff,

     v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

             Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Mark Mcdaniel

Signature:    MARK S MCDANIEL JR

Date of Birth:    REDACTED

Address:    600 S FRONT ST APT 104

            MEMPHIS, TN 38103

Telephone Numbers (cell, home, and number associated with Uber account):

        9018704654

        9018704654

Email address (personal and address associated with Uber account):

        MSMCDNEL@GMAIL.COM

        MSMCDNEL@GMAIL.COM

Unique Identification No. (5-character code located on your Notice):    24375

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:  27-Feb-2018

Print Name:  Jeremy Brand

Signature:  Jeremy Brand

Date of Birth:  REDACTED

Address:  11 IDLEWILD PARK

WATERVLIET, NY 12189

Telephone Numbers (cell, home, and number associated with Uber account):

5188924294

Email address (personal and address associated with Uber account):

nmbronedad@gmail.com

Unique Identification No. (5-character code located on your Notice):    24382

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:       27-Feb-2018

Print Name:        Nathaniel Roberts

Signature:         Nathaniel Roberts

Date of Birth:     REDACTED

Address:           700 WILTSHIRE DR

                   HUTTO, TX 78634

Telephone Numbers (cell, home, and number associated with Uber account):

                   5126380715

Email address (personal and address associated with Uber account):

                   poisonpanik@yahoo.com

                   Nate.rideshare@yahoo.com

Unique Identification No. (5-character code located on your Notice):       24387

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Shannon Rhea

Signature:        SHANNON RHEA

Date of Birth:    REDACTED

Address:          1590 AIRPORT RD APT 813

                  GALLATIN, TN 37066

Telephone Numbers (cell, home, and number associated with Uber account):

                  6155682768

Email address (personal and address associated with Uber account):

                  shanrhea@comcast.net

Unique Identification No. (5-character code located on your Notice):      24389

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Raymond Malpica iii

Signature:     Raymond J Malpica III

Date of Birth:     REDACTED

Address:     4887 e pico

        Fresno, CA 93726

Telephone Numbers (cell, home, and number associated with Uber account):

        5592818709     5592818709

        5592818709

Email address (personal and address associated with Uber account):

        Angelos715@gmail.com

        Angelos715@gmail.com

Unique Identification No. (5-character code located on your Notice):     24390

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      PHILLIPS WIEGAND JR

Signature:       PHILLIPS WIEGAND JR

Date of Birth:   REDACTED

Address:         17433 SPRINGWINDS DRIVE

                 CORNELIUS, NC 28031

Telephone Numbers (cell, home, and number associated with Uber account):

                 7046093042     7046093042

                 7046093042

Email address (personal and address associated with Uber account):

                 PWIEGANDJR@GMAIL.COM

                 PWIEGANDJR@GMAIL.COM

Unique Identification No. (5-character code located on your Notice):     24393

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Patrica Varnes

Signature:    Patricia Varnes

Date of Birth:    REDACTED

Address:    6406 NW BIRCH AVE

        LAWTON, OK 73505

Telephone Numbers (cell, home, and number associated with Uber account):

        5809194493

Email address (personal and address associated with Uber account):

        p.varnesis@gmail.com

Unique Identification No. (5-character code located on your Notice):    24404

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Jonathan Kuehn

Signature:       JON KUEHN

Date of Birth:   REDACTED

Address:         N669 16TH DR

                 WAUTOMA, WI 54982

Telephone Numbers (cell, home, and number associated with Uber account):

                 9202297331

Email address (personal and address associated with Uber account):

                 speedemon1@gmail.com

Unique Identification No. (5-character code located on your Notice):     24427

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

               Plaintiff,

     v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

               Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Geoffrey Pitman

Signature:      GEOFFREY PITMAN

Date of Birth:    REDACTED

Address:        406 E SPRINGWOOD PL

               PORT MATILDA, PA 16870

Telephone Numbers (cell, home, and number associated with Uber account):

               8145808294

               8145808294

Email address (personal and address associated with Uber account):

               GEOFFREY.PITMAN@GMAIL.COM

               HAPPYVALLEYRIDE@GMAIL.COM

Unique Identification No. (5-character code located on your Notice):    24433

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Daniel Cooper

Signature:     DANIEL P COOPER

Date of Birth:   REDACTED

Address:     4145 W COLLEGE AVE

           MILWAUKEE, WI 53221

Telephone Numbers (cell, home, and number associated with Uber account):

           4146514312     4142354778

           4146514312

Email address (personal and address associated with Uber account):

           DCOOPERMAIL@GMAIL.COM

           WANNABENEWSBOY@HOTMAIL.COM

Unique Identification No. (5-character code located on your Notice):     24440

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Dariel Marshall

Signature:     Dariel j Marshall

Date of Birth:     REDACTED

Address:     8015 Mandan Rd apt T3

Greenbelt, MD 20770

Telephone Numbers (cell, home, and number associated with Uber account):

7023050144

7023050144

Email address (personal and address associated with Uber account):

Djmarshallmd@gmail.com

Djmarshallmd@gmail.com

Unique Identification No. (5-character code located on your Notice):     24463

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Moe Bayoumi

Signature:      Mohamed Bayoumi

Date of Birth:  REDACTED

Address:        5344 E Thomas Rd

                Phoenix, AZ 85018

Telephone Numbers (cell, home, and number associated with Uber account):

        6024345589

        6024345589

Email address (personal and address associated with Uber account):

        misrinphx45@yahoo.com

        misrinphx45@yahoo.com

Unique Identification No. (5-character code located on your Notice):     24464

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

               Plaintiff,

     v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

              Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    HOWARD MARSH

Signature:    HOWARD MARSh

Date of Birth:    REDACTED

Address:    5343 CLEVELAND AVE

              COLUMBUS, OH 43231

Telephone Numbers (cell, home, and number associated with Uber account):

              6145922382

              6146261176

Email address (personal and address associated with Uber account):

              howardcol@aol.com

Unique Identification No. (5-character code located on your Notice):    24485

    **IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       William O Connor

Signature:        WILLIAM OCONNOR

Date of Birth:    REDACTED

Address:          1611 DEARBORN ST

                  CREST HILL, IL 60403

Telephone Numbers (cell, home, and number associated with Uber account):

                  8157910494

Email address (personal and address associated with Uber account):

                  oconnor_williama@yahoo.com

Unique Identification No. (5-character code located on your Notice):      24486

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Nicholas Palladinoking

Signature:       NICK PALLADINOKING

Date of Birth:   REDACTED

Address:         2 TOWNSEND ST APT 3-107

                 SAN FRANCISCO, CA 94107

Telephone Numbers (cell, home, and number associated with Uber account):

                 7072935415

Email address (personal and address associated with Uber account):

                 nick@thebigyogi.com

Unique Identification No. (5-character code located on your Notice):     24488

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated,<br><br>        Plaintiff,<br><br>      v.<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V,<br><br>        Defendants. | Case No. 1:16-CV-998-CCE-JLW |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Paul Johnson

Signature:      PAUL M JOHNSON

Date of Birth:   REDACTED

Address:        1221 BARTON HILLS DR APT 214

                 AUSTIN, TX 78704

Telephone Numbers (cell, home, and number associated with Uber account):

                 5123732854

Email address (personal and address associated with Uber account):

                 pj18674@yahoo.com

Unique Identification No. (5-character code located on your Notice):    24496

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Nori (Norddine) Natiji

Signature:        Norddine Natiji

Date of Birth:    REDACTED

Address:          175 SUMMER ST. APT L3

                  Malden, MA 02148

Telephone Numbers (cell, home, and number associated with Uber account):

                  6177854962

                  6177854962

Email address (personal and address associated with Uber account):

                  faouz64@gmail.com

                  faouz64&#43;uberx@hotmail.com

Unique Identification No. (5-character code located on your Notice):      24512

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Danielle Brannon

Signature:       DANIELLE MARIE BRANNOn

Date of Birth:   REDACTED

Address:         3621 MINNESOTA AVE

                 SAINT LOUIS, MO 63118

Telephone Numbers (cell, home, and number associated with Uber account):

                 3146377742

Email address (personal and address associated with Uber account):

                 daniellemariemotley@gmail.com

Unique Identification No. (5-character code located on your Notice):     24516

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Ricardo Garcia Jr

Signature:       RICARDO GARCIA

Date of Birth:   REDACTED

Address:         5201 S KEATING AVE

                 CHICAGO, IL 60632

Telephone Numbers (cell, home, and number associated with Uber account):

                 7735756672

Email address (personal and address associated with Uber account):

                 rspikey72@gmail.com

Unique Identification No. (5-character code located on your Notice):     24521

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Stephen Gilboy

Signature:        STEPHEN R GILBOY

Date of Birth:    REDACTED

Address:          15205 140TH WAY SE APT H102

                  RENTON, WA 98058

Telephone Numbers (cell, home, and number associated with Uber account):

                  7082051205

Email address (personal and address associated with Uber account):

                  sgilboy@gmail.com

Unique Identification No. (5-character code located on your Notice):      24528

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

     v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    David Adler

Signature:    David Adler

Date of Birth:    REDACTED

Address:    12 GLENWOOD RD

        UPPER SADDLE RIVER, NJ 7458

Telephone Numbers (cell, home, and number associated with Uber account):

        2013700643

Email address (personal and address associated with Uber account):

        davidchaseadler@gmail.com

Unique Identification No. (5-character code located on your Notice):    24540

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

        Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Kenneth Swarm

Signature:    Kenneth Swarm

Date of Birth:    REDACTED

Address:    3004 S CHASE AVE

        WICHITA, KS 67217

Telephone Numbers (cell, home, and number associated with Uber account):

        3167346634

Email address (personal and address associated with Uber account):

        ken67217@yahoo.com

Unique Identification No. (5-character code located on your Notice):    24554

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Antonio Ramos jr

Signature:      ANTONIO RAMOS Jr

Date of Birth:   REDACTED

Address:        3416 WHIRLAWAY LN

                CHINO HILLS, CA 91709

Telephone Numbers (cell, home, and number associated with Uber account):

        9096310709

Email address (personal and address associated with Uber account):

        antonioramosjr2@gmail.com

Unique Identification No. (5-character code located on your Notice):     24575

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Sam Dessu

Signature:    Dessu Sam

Date of Birth:    REDACTED

Address:    1350 Clifton St NW Apt 312W

        Washington, DC 20009

Telephone Numbers (cell, home, and number associated with Uber account):

        2024809759    2026301276

        2024809759

Email address (personal and address associated with Uber account):

        Dessusam@gmail.com

        dessusam@gmail.com

Unique Identification No. (5-character code located on your Notice):    24581

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Randy Diaz-Lara

Signature:     RANDY DIAZ LARA

Date of Birth:     REDACTED

Address:     7018 BERGENLINE AVE APT B2

NORTH BERGEN, NJ 07047

Telephone Numbers (cell, home, and number associated with Uber account):

2014912049

2014912049

Email address (personal and address associated with Uber account):

RANDY.E.DIAZ@LIVE.COM

RANDY.E.DIAZ@LIVE.COM

Unique Identification No. (5-character code located on your Notice):     24602

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Scott Leckie

Signature:       SCOTT L LECKIe

Date of Birth:   REDACTED

Address:         4124 NE 28TH AVE

                 PORTLAND, OR 97211

Telephone Numbers (cell, home, and number associated with Uber account):

                 5039332207

Email address (personal and address associated with Uber account):

                 scott.l.leckie@gmail.com

Unique Identification No. (5-character code located on your Notice):     24630

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       John Chatman

Signature:        JOHN CHATMAn

Date of Birth:    REDACTED

Address:          2 FATHER JACOBBE Rd

                  BOSTON, MA 02128

Telephone Numbers (cell, home, and number associated with Uber account):

                  8572695995

                  9572695885

Email address (personal and address associated with Uber account):

                  JCHAT59@YAHOO.COm

                  JCHAT59@YAHOO.COm

Unique Identification No. (5-character code located on your Notice):      24638

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Matthew Hunt

Signature:     MATTHEW J HUNT

Date of Birth:     REDACTED

Address:     5146 SADDLEHORN DR S

JACKSONVILLE, FL 32257

Telephone Numbers (cell, home, and number associated with Uber account):

9049999979

Email address (personal and address associated with Uber account):

mattuberxjax@gmail.com

Unique Identification No. (5-character code located on your Notice):     24640

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Agathangelos Filippatos

Signature:     AGATHANGELOS FILIPPATOS

Date of Birth:     REDACTED

Address:     615 C ST # 268

SAN DIEGO, CA 92101

Telephone Numbers (cell, home, and number associated with Uber account):

6192141719

Email address (personal and address associated with Uber account):

mybigfatgreekllc@gmail.com

Unique Identification No. (5-character code located on your Notice):     24654

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Joseph Kupiszewski

Signature:        Joseph Kupiszewski

Date of Birth:    REDACTED

Address:          119 LAWRENCE AVE

                  HOMESTEAD, PA 15120

Telephone Numbers (cell, home, and number associated with Uber account):

                  7177252233

Email address (personal and address associated with Uber account):

                  jkupiszewski@hotmail.com

Unique Identification No. (5-character code located on your Notice):      24655

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Matthew Bolchoz

Signature:     Matthew Ryan Bolchoz

Date of Birth:    REDACTED

Address:       1437 BROCKMAN CIR

          CHARLESTON, SC 29412

Telephone Numbers (cell, home, and number associated with Uber account):

          8432148082

Email address (personal and address associated with Uber account):

          bol308@gmail.com

Unique Identification No. (5-character code located on your Notice):     24657

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Anthony Matacale

Signature:     ANTHONY MATACALE

Date of Birth:     REDACTED

Address:     7800 WELCH CT

         ALEXANDRIA, VA 22315

Telephone Numbers (cell, home, and number associated with Uber account):

         7163075809

Email address (personal and address associated with Uber account):

         anthonymatacale@yahoo.com

Unique Identification No. (5-character code located on your Notice):     24661

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      DOUGLAS WELSH

Signature:       DOUGLAS C WELSH

Date of Birth:   REDACTED

Address:         5906 THREE CHOPT RD

                 RICHMOND, VA 23226

Telephone Numbers (cell, home, and number associated with Uber account):

                 8043396007

                 8043396007

Email address (personal and address associated with Uber account):

                 dougcwelsh@gmail.com

Unique Identification No. (5-character code located on your Notice):     24662

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Nicholas Whitfield

Signature:       Nicholas Whitfielld

Date of Birth:   REDACTED

Address:         2024 E GRANT ST

                 SPRINGFIELD, IL 62703

Telephone Numbers (cell, home, and number associated with Uber account):

                 2178161406

Email address (personal and address associated with Uber account):

                 nichwhit@yahoo.com

Unique Identification No. (5-character code located on your Notice):     24674

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

|  |  |
|---|---|
| MICHAEL HOOD, individually, and on behalf of all others similarly-situated, | |
| Plaintiff, | |
| v. | Case No. 1:16-CV-998-CCE-JLW |
| UBER TECHNOLOGIES, INC., RASIER, LLC, and JOHN DOES I-V, | |
| Defendants. | |

**FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION**

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Bryan Ferreira

Signature:     BRYAN FERREIRa

Date of Birth:     REDACTED

Address:     400 SAINT NICHOLAS AVe

     NEW YORk, NY 10027

Telephone Numbers (cell, home, and number associated with Uber account):

     2035227225

     2035227225

Email address (personal and address associated with Uber account):

     bryan.ferreira@icloud.com

     bryan.ferreira@icloud.com

Unique Identification No. (5-character code located on your Notice):     24680

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:     Zachary Sanford

Signature:     ZAC SANFORD

Date of Birth:     REDACTED

Address:     1581 N CRESCENT HEIGHTS BLVD

WEST HOLLYWOOD, CA 90046

Telephone Numbers (cell, home, and number associated with Uber account):

3108005387

Email address (personal and address associated with Uber account):

ZAC@ZACSANFORD.COM

ZAC@SCRIPTCHAT.COM

Unique Identification No. (5-character code located on your Notice):     24689

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:     27-Feb-2018

Print Name:      Dennis Duncanson

Signature:        DENNIS Duncanson

Date of Birth:   REDACTED

Address:          838 S NEWHAVEN DR

                       ORANGE, CA 92869

Telephone Numbers (cell, home, and number associated with Uber account):

          7147466112

Email address (personal and address associated with Uber account):

          dduncanson@socal.rr.com

Unique Identification No. (5-character code located on your Notice):      24690

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Roy Spradlin

Signature:    WADE SPRADLIn

Date of Birth:    REDACTED

Address:    3321 SUFFOLK DR STE 105

        FORT WORTH, TX 76133

Telephone Numbers (cell, home, and number associated with Uber account):

        8179992180

        8179992180

Email address (personal and address associated with Uber account):

        wade@reliabledental.com

        wade@reliabledental.com

Unique Identification No. (5-character code located on your Notice):    24691

### IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Benjamin Votava

Signature:    BENJAMIN VOTAVa

Date of Birth:    REDACTED

Address:    1565 RAYMOND DR

        NAPERVILLE, IL 60563

Telephone Numbers (cell, home, and number associated with Uber account):

        6306970318

        6306970318

Email address (personal and address associated with Uber account):

        BVOTAVA@GMAIL.COM

        BVOTAVA@GMAIL.COM

Unique Identification No. (5-character code located on your Notice):    24705

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

Case No. 1:16-CV-998-CCE-JLW

### FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:       Nunl Vahanyan

Signature:        SHAMIR ARTEMYAn

Date of Birth:    REDACTED

Address:          14141 TIARA STREET APT8

                  VAN NUYs, CA 91401

Telephone Numbers (cell, home, and number associated with Uber account):

                  8184005454

                  8184005454

Email address (personal and address associated with Uber account):

                  ARTEMYAN777@GMAIL.COm

                  artemyan777@gmail.com

Unique Identification No. (5-character code located on your Notice):      24706

### IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Drew (Andrew) Kobak

Signature:    ANDREW KOBAk

Date of Birth:    REDACTED

Address:    805 NORTHRIDGE Dr

        EAGLEVILLe, PA 19403

Telephone Numbers (cell, home, and number associated with Uber account):

        2159898390

        2159898390

Email address (personal and address associated with Uber account):

        drewk@pse911.com

        READYPA41@GMAIL.COm

Unique Identification No. (5-character code located on your Notice):    24717

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

Plaintiff,

v.

Case No. 1:16-CV-998-CCE-JLW

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

Defendants.

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:      27-Feb-2018

Print Name:      Carlos Camacho

Signature:      CARLOS CAMACHO

Date of Birth:      REDACTED

Address:      31 DARIN RD # 12

WARWICK, NY 10990

Telephone Numbers (cell, home, and number associated with Uber account):

7183143579      8453212604

4845296306

Email address (personal and address associated with Uber account):

carlos.camacho1@aol.com

carlos.camacho1@aol.com

Unique Identification No. (5-character code located on your Notice):      24720

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

               Plaintiff,

     v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

              Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Jeremy Ferrick

Signature:    Jeremy Ferrick

Date of Birth:    REDACTED

Address:    1319 grand ave

             Santa Rosa, CA 95404

Telephone Numbers (cell, home, and number associated with Uber account):

        7073373361    7073373361

        7073373361

Email address (personal and address associated with Uber account):

        jeremyferrick@gmail.com

        jeremyferrick@gmail.com

Unique Identification No. (5-character code located on your Notice):    24723

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    Stanley Stephens

Signature:    STANLEY STEPHENs

Date of Birth:    REDACTED

Address:    10903 SUNRAY PL

        LA MESA, CA 91941

Telephone Numbers (cell, home, and number associated with Uber account):

        6198875024

Email address (personal and address associated with Uber account):

        stanfedex@cox.net

Unique Identification No. (5-character code located on your Notice):    24727

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,

        Plaintiff,

    v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JOHN DOES I-V,

        Defendants.

Case No. 1:16-CV-998-CCE-JLW

## FAIR LABOR STANDARDS ACT CONSENT TO JOIN ACTION

Pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), I hereby consent to join and act as a Plaintiff in the above-captioned action and seek to opt-in as to all FLSA claims. I agree to be bound by any adjudication or ruling of the Court, whether favorable or unfavorable. I further agree to be represented by Napoli Shkolnik PLLC. I declare under penalty of perjury that the foregoing is true and correct.

Date Signed:    27-Feb-2018

Print Name:    mario rodriguez

Signature:    MARIO Rodriguez

Date of Birth:    REDACTED

Address:    1339 E 42ND PL

        LOS ANGELES, CA 90011

Telephone Numbers (cell, home, and number associated with Uber account):

        3237910753

Email address (personal and address associated with Uber account):

        mayanboy@sbcglobal.net

Unique Identification No. (5-character code located on your Notice):    24730

**IF YOU DO NOT WISH TO PARTICIPATE IN THIS LAWSUIT, DO NOT RETURN THIS FORM.**