

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL HOOD, individually, and on
behalf of all others similarly-situated,
Plaintiff,

v.

UBER TECHNOLOGIES, INC., RASIER,
LLC, and JON DOUGHS I-V,
Defendants.

Case No. 1:16-CV-998-CCE-JLW

---

## CONDITIONAL CLASS MEMBER/OPT-IN PLAINTIFF PHILLIP DAVID HASKETT'S NOTICE OF APPEAL

---

COMES NOW Conditional Class Member and "Opt-In" Plaintiff, Phillip David Haskett[1], (Haskett) who hereby notifies all parties of his intent to appeal confirmation by the Court of the settlement agreement [**ECF.429** and **ECF.436**].

Submitted this 18th day of January, 2019.

Phillip David Haskett

---

[1] Haskett was assigned unique identifier #10681 by the Notice Administrator, and appears on ECF.425-2. Pg. 68, which confers standing to object and/or appeal.

1