FILED: July 16, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1116
(1:16-cv-00998-CCE-JLW)

_____

PHILLIP DAVID HASKETT

     Plaintiff - Appellant

and

MICHAEL HOOD; CYNTHIA INGRAM; BARRY D. GERARD; RICHARD GOLDSMITH; HERMAN QUINTANA; KEITH HALE; NESTER CADENAS; BERNARD LEE VANDERLEEST, JR.; PRINCE LEFTRIDGE, II; MARTHA BROCK-LEFTRIDGE; KEITH HARRISON NEWMAN; JOHN MATSUKES; LETICIA ALCALA; GABRIEL FANFAN; PHILLIP WAYNE RADFORD; MUSTAFA AJLOUNI; MARTIN DULBERG; RICHARD W. BIRCH; CREACTIOSHA KING; IMRAN SANDOZI; TIMOTHY KYLE DOOLEY; BEN MANDELL; ANTHONY VALENTINO; MICHAEL MCMILLIN; EDWARD R. GIGUERE; SCOTT LEE MANAUSA; TIMOTHY CRAVEN; KEVIN BRADSHAW; STEVEN NIKKEL; WALLY LUCKEYDOO; TRACEY PERGER; CLINTON W. PRICE; ANDREW ROMINE; HENRY SHEEN; RAEF LAWSON; DANIELLE BROOKS; MAILE CAPERS-CRISTOBAL; RUDY LAWLEY; RICHARD TAYLOR; CHRISTOPHER SHEAHAN; JOHN DELTUFO; OTO GOMES; DAN DEXTER REYES; DANIEL REYES; NICHOLAS BRASHEAR; LAVELL RUSSELL; MICHAEL VASATY; VICTOR TEIXEIRA; YAMA MENATI; FERRAN CONTELL I VAZQUEZ; ANTOINE SOWELL; ANDREW BAILEY; DANIELLE DENNIS; PHILLIP YEE; MICHAEL LANDERS; THERON COLLINS; ANNE ROTHFUSS; JABBAR SMITH; ALEXANDER MARK; ELSHAN MAMMADOV; ARMEN MEGERDICH; BRIAN SAPITA; DJAMILA GONZALEZ; JOHN MCCARTHY; RUSSELL FISHER; EDUARDO SAAVEDRA-BALLESTEROS; KIN KONG;

CONNIE FEDA; LEIGHANN JOHNSON; SYLVIA HOGGE; NORMAN GILBERT; TJOAN TAN; MICHAEL LITTLE; JOSHUA MAY; MICHAEL RAMER; BRIAN STEPHENS; ASHLEY MILLER; JAMES ASHCRAFT; JEFFREY ROMANO; VIC BOWKER; BAHRAM SHAHROKH; PAUL GROGAN; STEPHANIE BEWLEY; HAKOB ZAKARYAN; AIBEK AKMAT; JUSTIN LAWSON; TAE KIM; FARID HAMEDANI; RYAN STANBURY; OMAR ONQUE; ROY BLENKHORN; HILDA CARRILLO; ROGER DILL; STEPHANIE MANG; ZACK PHAM; JESSE COHN; THOMAS WISE; JANINE MARTIN; JOHN THIBODEAUX; KALED AHMED; CHARLES RODRIGUEZ; GERALD SPELLER; BIJAN HATEFI; TIFFANY REYES; LEONARD FLOURNOY; HAMID KACEL; PHILLIP TOMPKINS; FRED BLASEVICK, JR.; ALVIN BANDRIL; MARK HILL; KEVIN QUACH; TAREQ QADOOM; ROBERT ROBBINS; CHANDLER MICHAEL HARRIS; THOMAS ROBERTS; ILIR BITICI; JULIE MABE; LIZABETH ADAMS; ALLISON COLLINS; ARMANDO RODRIGUEZ-RIVERA; CYNTHIA CRUDER; MATTHEW CRUDER; FRITZ CONLE; EDUARD ARAMYAN; HICHAM NASSEH; EDISON VARGAS; MARK OVERHOLT; DEHMON MARTINEZ; CHRISTOPHER MCATEER; KENNETH STIFF; VICTOR MALLH; ABRAHAM AVILA; DONALD GEORGE; ROBERT MULLALLY; BRIAN BAKER; MICHAEL GOLDSTEIN; TYRONE PUGH; TERRY POWERS; KANE OGLETREE; EDWARD LIZER; ROGER OGATA; CONNOR REGAN; ROCIO VAZQUEZ; JEFFRY LEVIN; AQEEL ABBAS; JOAO DOS SANTOS; ROBERT MATHEWSON; LYSETTE MORALES; JOE MEADORS; ANGEL HERROZ; TODARIO PARRIMON; NEAL WEISS; JARED SHIRK; CATHY SHAW KALLOO; CHRIS NICOLAIDIS; DEBORAH ANDERSEN; JESSICA MAYKOPET; CHRISTOPHER KUIVENHOVEN; JEFFREY MECKLER; FRANCIS SIDIGU; BRIAN CEBUHAR; KHALID ELAMIN; SAPPHO FAIRES; ELSAYED SEWEID; ADAM HAVILAND; MARCUS MOORE; DIEGO A. OSORIO; NIKA BLUE; SCOTT CABLE; ROLAND ROSAS; JERIC MURPHY; STEVEN SAND; JASON HODGES; BRANDON MCDOUGALL; ELIZABETH CHILIMIDOS; DARRIN HARDY; RAYSHELL ROBINSON; DEBORAH STUART; JOSE INTERIANO; MOHAMMAD MONZUR MONZUR; REDDOCK DAVENPORT; WILLIAM COCHRAN; HAVENS EDWIN; GUILLAM KELLOGG; JOSHUA PARKER; SANCAK DAVARCI; MICHAEL GERARD; JEFFERY MANCE; FRANKIE GASCA; ALFONSO PHILLIPPE; SHAUKAT ALI; NEBOJSA VISNJIC; MATTHEW THOM; JON BOATMAN; ALECE ALEXANDER; MICHAEL MORRIS; DANIEL MORRISSETTE; ANDREW HASKINS; HOLLY RUBINO; AMEATHA WRIGHT; SALMAN BADSHA; LORRELL DAVIS, III; ROBERT ACCETTA; MIGUEL CRUZ; MICK HICKS; ROBERT BONAPARTE; CHRISTOPHER

HUGHES; ARON SEYMOUR

        Plaintiffs

v.

UBER TECHNOLOGIES, INC.; RASIER, LLC; JOHN DOES I-V

        Defendants - Appellees

MICHAEL HOOD

        Intervenor - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                  /s/ PATRICIA S. CONNOR, CLERK